

It is ORDERED that this Motion is hereby

GRANTED    DENIED

WILKIE D. FERGUSON, JR.

7/17/01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



FILED by _____ D.C.

JUL 1 7 2001

Crim. No.: 00-6006-TP-WDF
SD/FL PACTS No. 40110

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD A ANDERS,

        Defendant

_____/



## PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW Defendant Richard A. Anders, by and through his undersigned

attorney and petitions this Honorable Court to terminate early his period of Supervised

Release and for reasons therefore states as follows;

1.      In the Northern District of Georgia (Atlanta). Richard A. Anders was convicted in

matters involving securities fraud and sentenced to a period of incarceration, restitution

and supervised release  Mr. Anders completed on September 4, 1998 his incarceration

sentence and on October 20, 2000 satisfied the restitution requirement of his sentence

His period of supervised release is scheduled to end September 3, 2001.

2       On November 14, 2000 Richard A. Anders' probation officer Terry Levix

recommended to this Court that because Richard A. Anders had successfully complied

with the rules and regulations of Supervised Release that the period of his supervised

release should be terminated early  U.S. Probation Officer Levix also stated that Mr

